IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
JAN 11 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN KYLE DUDLEY,

    Defendant.

SEALED

Case No. CR 22-006-RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
[18 U.S.C. §§ 2241(c), 2246(2)(D), 1151 & 1153]

Beginning on or about August 1st, 2019 and continuing until April 17th, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendant, **STEVEN KYLE DUDLEY**, an Indian, did knowingly cause and attempt to cause M.K., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: the intentional touching, directly and not through the clothing, of the genitalia of M.K., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(D), 1151 and 1153.

CHRISTOPHER J. WILSON
United States Attorney

_____
MORGAN MUZLJAKOVICH, OBA#32852
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

1